AO 240A  (Rev. 01/09; NJ 05/13)   Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

**WAYNE A. PHILP,**

        Plaintiff(s),

   v.

**ROSS UNIVERSITY SCHOOL OF MEDICINE et al,**

        Defendant(s).

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Civil Action No. **3:14-cv-556-JAP-DEA**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐     **GRANTED**, and

☐     The clerk is ordered to file the complaint,

☐     **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐     **DENIED**, for the following reasons:

☐     **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$400** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this _____ day of _____, 2014.

s/_____
Signature of Judicial Officer

 Hon. Joel A. Pisano, USDJ_____
Name and Title of Judicial Officer