**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WAYNE A. PHILP,<br><br>   Plaintiff,<br><br> v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>   Defendants. | Civil Action No. 14-556 (JAP)<br><br>**ORDER** |

  Presently before the Court is an application by Plaintiff to proceed *in forma pauperis* ("IFP"). Plaintiff's affidavit in support of his application states that she has income of $3,200 per month and $1,780.00 currently in a checking account. He further states that his monthly expenses total $3,045.00 and are as follows: rent/mortgage $1,000.00, utilities $450.00, home maintenance $30.00, food $400.00, clothing $25.00, laundry/dry cleaning $10.00, medical and dental expenses $40.00, gas (for car) $400.00, recreation $100.00, department store payments $180.00, and student loans $400.00. Based upon the information provided in his affidavit, it is clear that requiring Plaintiff "to pay his own litigation expenses, although requiring him to save for several months, would not deprive him of the 'necessities of life.'" *Shahin v. Secretary of Delaware*, 2013 WL 4734392, 1 (3d Cir. Sept. 4, 2013).

  Accordingly,

  IT IS on this 28th day of January, 2014,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is DENIED; and it is further

**ORDERED** that Plaintiff is to file an appropriate filing fee no later than 30 days from the entry of this Order; and it is further

**ORDERED** that the Clerk of the Court administratively terminate this case; and it is further

**ORDERED** that, if Plaintiff files the applicable fee within 30 days, the Clerk of the Court shall reopen the case.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.