# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WAYNE A. PHILP,**
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

**ROSS UNIVERSITY SCHOOL OF MEDICINE, ET AL.,**
*Defendant*

CASE NUMBER: **3:14-CV-00556-JAP-DEA**

TO: *(Name and address of Defendant):*

DR. MARY THOESEN COLEMAN
ROSS UNIVERSITY SCHOOL OF MEDICINE,
ADMINISTRATIVE OFFICES
630 US HIGHWAY 1
NORTH BRUNSWICK, NJ 08902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WAYNE A. PHILP
9984 TWIN LAKES DRIVE
CORAL SPRINGS, FL 33071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK



**Melissa M. Haneke**
(By) DEPUTY CLERK

**ISSUED ON 2014-02-07 11:53:53.0**, Clerk
USDC NJD

# AFFIDAVIT OF SERVICE
## MARCH 25, 2014

==========================================================================================
**SHERIFF'S NUMBER:** L 276611     Defendant Sequence 3 of 6     Officer: CHARLES B CASTLE
**Type of Service:** SUMMONS AND COMPLAINT
==========================================================================================

I, MILDRED S. SCOTT, Sheriff of MIDDLESEX COUNTY, do hereby deputize

s/ CHARLES CASTLE
-----------------------------------------------------------------
(Print Officer's Name)
and appoint to be my deputy, to execute and return the writ to court as directed by law.

============== **ATTORNEY** ============================     **CHECK #**     **AMOUNT**

WAYNE A. PHILP     |     205170868782     $ 109.28
9984 TWIN LAKES DRIVE     |     Control: # 692568

CORAL SPRINGS,, FL 33071

==================================== **COURT DATA** ====================================INUNEZ
Court of Issuance UNITED STATES DISTRICT COURT     Return Date
Docket 314CV00556JAPDE     State NJ     County of Venue MIDDLESEX
================================**CAPTION OF CASE** =====================================
WAYNE A PHILP
VS    ROSS UNIVERSITY SCHOOL OF MEDICINE, ET AL
==============================**DEFENDANT OR NAMED WITHIN TO BE SERVED** ==========================
**INDIVIDUAL** NAME     DR.MARY T COLEMAN
ROSS UNIVERSITY SCHOOL OF MEDICINE, 630 US HIGHWAY 1
NORTH BRUNSWICK, NJ 08902
================================================= **PAPERS SERVED** ==========================
SUMMONS AND COMPLAINT and CAUSE OF ACTION and DEMAND

=================================== **SERVICE DATA RECORDED** =============================
[ ✓ ] Served Successfully     [ ] Unable to Serve     Date: 3/27/13
    Time: 0950

**REMARKS**

[ ] Personally     [ ] On Officer, Director or Trustee
[ ] On Competent Household Member     [ ✓ ] On Managing Agent     ATTEMPTS [ ]
___Copy/Copies     Over The Age of 14 Years     [ ] On Registered Agent
Served     [ ] Personally Served on Self and for Spouse     [ ] On Other

**PERSON SERVED:** KAYLA LOUIS
    [ ] Defendant Is in the Military     [ ] Defendant Not in the Military
Sex:    [ ] Male    [ ] Female
Skin:    [ ] White    [ ] Black    [ ] Yellow    [ ]Brown    [ ] Red
Height:    [ ] Under 5 Feet    [ ] 5.0-5.6 Feet    [ ] 5.7-6.0 Feet    [ ] Over 6 Feet
Weight:    [ ] Under 100 lbs    [ ] 100-150 lbs    [ ] 151-200 lbs    [ ] Over 200 lbs
Hair:    [ ] Black    [ ] Brown    [ ]Blond    [ ] Gray    [ ] Red    [ ] White    [ ] Balding
Age:    [ ] 14-20    [ ] 21-35    [ ] 36-50    [ ] 51-65    [ ] Over 65

s/ Charles Castle
_____
Signature
Deputy Sheriff of MIDDLESEX COUNTY
State of New Jersey