EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
Ross University School of Medicine,
Dr. Jorge C. Rios, Dr. Mary T. Coleman,
Dr. Harriet H. Meyers, Dr. Raymond Adebiyi,
and Dr. Thomas C. Shepherd
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900

**Document Electronically Filed**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------X
WAYNE A. PHILP,

                Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE (RUSM), DR. JORGE C. RIOS,
DR. MARY T. COLEMAN, DR. HARRIET
H. MEYERS, DR. RAYMOND ADEBIYI,
DR. THOMAS C. SHEPHERD

                Defendants.
---------------------------------------X

CIVIL ACTION NO. 14-cv-556-JAP-DEA

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for defendants, Ross University School of Medicine (improperly and duplicatively identified in the Complaint as "Ross University School of Medicine, Administrative Offices"), Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd.  Please direct all correspondence and notices accordingly.

                                *s/ James P. Flynn*
                                James P. Flynn
                                Epstein Becker & Green, P.C.
                                One Gateway Center, 13th Floor

FIRM:25022883v1

Newark, New Jersey 07102-5003
Telephone:  (973) 642-1900
Facsimile:  (973) 642-0099
Email:  JFlynn@ebglaw.com

Dated:  April 14, 2014

FIRM:25022883v1