| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C.<br>Attorneys for Defendants<br>Ross University School of Medicine,<br>Dr. Jorge C. Rios, Dr. Mary T. Coleman,<br>Dr. Harriet H. Meyers, Dr. Raymond Adebiyi,<br>and Dr. Thomas C. Shepherd<br>One Gateway Center, 13th Floor<br>Newark, New Jersey 07102<br>(973) 642-1900 | **Document Electronically Filed** |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

―――――――――――――――――――――X
WAYNE A. PHILP,

              Plaintiff,

v.                                                                              CIVIL ACTION NO. 14-cv-556-JAP-DEA

ROSS UNIVERSITY SCHOOL OF
MEDICINE (RUSM), DR. JORGE C. RIOS,      **CLERK'S EXTENSION PURSUANT TO**
DR. MARY T. COLEMAN, DR. HARRIET           **LOCAL CIVIL RULE 6.1(b)**
H. MEYERS, DR. RAYMOND ADEBIYI,
DR. THOMAS C. SHEPHERD

              Defendants.
―――――――――――――――――――――X

       This matter having been opened to the Court by Epstein Becker & Green, P.C., attorneys for defendants, Ross University School of Medicine (improperly and duplicatively identified in the Complaint as "Ross University School of Medicine, Administrative Offices"), Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd, pursuant to Local Rule 6.1, for a 14-day extension of time within which to answer, plead or otherwise respond to the Complaint herein, and it is represented that:

       1.     No previous extension has been obtained;

FIRM:24999414v1

2.	Service of Process was effected on Ross University School of Medicine, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd on March 27, 2014;

3.	Time to answer, move or otherwise reply expires on April 17, 2014; and

4.	The time within which Ross University School of Medicine, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd are required to answer, move or otherwise reply to the Complaint is extended to May 1, 2014.

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
Ross University School of Medicine,
Dr. Jorge C. Rios, Dr. Mary T. Coleman,
Dr. Harriet H. Meyers, Dr. Raymond
Adebiyi, and Dr. Thomas C. Shepherd

*s/ Robert M. Travisano*
Robert M. Travisano
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5003
Telephone:  (973) 642-1900
Facsimile:  (973) 642-0099
Email:  RTravisano@ebglaw.com

Dated:  April 14, 2014

ORDER

The application is ORDERED GRANTED.

ORDER DATED_____.

By:_____

2

FIRM:24999414v1