**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Robert M. Travisano
t 973.639.8289
f 973.642.0099
rtravisano@ebglaw.com

April 25, 2014

**VIA ECF and US MAIL**

Honorable Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  **Philp v. Ross University School of Medicine, et al.
Civil Action No. 3:14-cv-556-JAP-DEA**

Dear Judge Arpert:

   This firm represents defendants Ross University School of Medicine, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi and Dr. Thomas C. Shepherd. In connection with the above captioned matter, and with consent of Plaintiff, *pro se*, I enclose for your consideration a Proposed Consent Order Extending Defendants' Time to Respond to the Complaint from May 1, 2014 to May 16, 2014. Other than the Clerk's extension, no prior requests have been made for this relief. Assuming that the Order is acceptable to Your Honor, we respectfully request that it be signed and that your staff file the original with the Clerk.

   Thank you in advance for Your Honor's consideration.

                Respectfully submitted,

                James P. Flynn
                Robert M. Travisano

RMT:jmc
Enclosure

cc: Wayne A. Philp, *pro se* (w/encl. via Email)