EPSTEIN BECKER & GREEN, P.C.             **Document Electronically Filed**
Attorneys for Defendants
Ross University School of Medicine,
Dr. Jorge C. Rios, Dr. Mary T. Coleman,
Dr. Harriet H. Meyers, Dr. Raymond Adebiyi,
and Dr. Thomas C. Shepherd
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
————————————————————X
WAYNE A. PHILP,                          :
                                         :
                    Plaintiff,           :
                                         :
v.                                       :   CIVIL ACTION NO. 14-cv-556-JAP-DEA
                                         :
ROSS UNIVERSITY SCHOOL OF                :
MEDICINE (RUSM), DR. JORGE C. RIOS,      :
DR. MARY T. COLEMAN, DR. HARRIET         :   CONSENT ORDER EXTENDING TIME
H. MEYERS, DR. RAYMOND ADEBIYI,          :   TO ANSWER OR OTHERWISE
DR. THOMAS C. SHEPHERD                   :   RESPOND TO THE COMPLAINT
                                         :
                    Defendants.          :
                                         :
                                         :
————————————————————X
```

THIS MATTER having been opened to the Court by the attorneys for defendants,

Ross University School of Medicine (improperly and duplicatively identified in the Complaint as

"Ross University School of Medicine, Administrative Offices"), Dr. Jorge C. Rios, Dr. Mary T.

Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd , and

plaintiff *pro se*, Wayne A. Philp, the Court being fully advised and plaintiff, having conferred

consented  and agreed to the entry of the within Consent Order, and good cause having been shown;

IT IS on this _____day of _____, 2014;

FIRM:25116140v1

**ORDERED** that the time in which defendants Ross University School of Medicine, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd, may answer or otherwise respond to the Complaint be and hereby is extended to May 16, 2014;

**SO ORDERED:**

_____
Douglas E. Arpert, U.S.M.J.

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

WAYNE A. PHILP                                  EPSTEIN BECKER & GREEN, P.C.
Plaintiff *pro se*                              Attorneys for Defendants

By: _Wayne A. Philp/RMT_____                    By: __/S/_____
       WAYNE A. PHILP                                  ROBERT M. TRAVISANO

Dated: April 25, 2014                           Dated: April 25, 2014

2

FIRM:25116140v1