EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
Ross University School of Medicine,
Dr. Jorge C. Rios, Dr. Mary T. Coleman,
Dr. Harriet H. Meyers, Dr. Raymond Adebiyi,
and Dr. Thomas C. Shepherd
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900

**Document Electronically Filed**

RECEIVED

APR 29 2014

AT 8:30_____M
WILLIAM T WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

―――――――――――――――――――X
WAYNE A. PHILP,

                Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE (RUSM), DR. JORGE C. RIOS,
DR. MARY T. COLEMAN, DR. HARRIET
H. MEYERS, DR. RAYMOND ADEBIYI,
DR. THOMAS C. SHEPHERD

                Defendants.

―――――――――――――――――――X

CIVIL ACTION NO. 14-cv-556-JAP-DEA

**CONSENT ORDER EXTENDING TIME
TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT**

        **THIS MATTER** having been opened to the Court by the attorneys for defendants, Ross University School of Medicine (improperly and duplicatively identified in the Complaint as "Ross University School of Medicine, Administrative Offices"), Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd , and plaintiff *pro se*, Wayne A. Philp, the Court being fully advised and plaintiff, having conferred consented and agreed to the entry of the within Consent Order, and good cause having been shown;

        IT IS on this 29th day of April_____, 2014;

FIRM:25116140v1

**ORDERED** that the time in which defendants Ross University School of Medicine, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd, may answer or otherwise respond to the Complaint be and hereby is extended to May 16, 2014;

**SO ORDERED:**

_____
Douglas E. Arpert, U.S.M.J.

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

| WAYNE A. PHILP | EPSTEIN BECKER & GREEN, P.C. |
| Plaintiff *pro se* | Attorneys for Defendants |

By: /s/ Wayne A. Philp/RMT          By: /S/ _____
     WAYNE A. PHILP                          ROBERT M. TRAVISANO

Dated: April 25, 2014               Dated: April 25, 2014

2

FIRM:25116140v1