EPSTEIN BECKER & GREEN, P.C.  
Attorneys for Defendants  
Ross University School of Medicine,  
Dr. Jorge C. Rios, Dr. Mary T. Coleman,  
Dr. Harriet H. Meyers, Dr. Raymond Adebiyi,  
and Dr. Thomas C. Shepherd  
One Gateway Center, 13th Floor  
Newark, New Jersey 07102  
(973) 642-1900

**Document Electronically Filed**

UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE A. PHILP, <br><br> Plaintiff, <br><br> v. <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, DR. THOMAS C. SHEPHERD <br><br> Defendants. | CIVIL ACTION NO. 14-cv-556-JAP-DEA <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for defendants, Ross University School of Medicine (improperly and duplicatively identified in the Complaint as "Ross University School of Medicine, Administrative Offices"), Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd.  Please direct all correspondence and notices accordingly.

*s/ William S. Gyves*  
William S. Gyves  
Epstein Becker & Green, P.C.  
One Gateway Center, 13th Floor

FIRM:25163575v1

Newark, New Jersey 07102-5003  
Telephone: (973) 642-1900  
Facsimile: (973) 642-0099  
Email: WGyves@ebglaw.com

Dated: May 2, 2014

FIRM:25163575v1