EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------X
:   Civil Action No.: 14-cv-556-JAP-DEA
WAYNE A. PHILP,                        :
                   Plaintiff,          :
                                       :   **Document Electronically Filed**
v.                                     :
                                       :   **NOTICE OF MOTION**
ROSS UNIVERSITY SCHOOL OF              :
MEDICINE (RUSM), DR. JORGE C. RIOS,    :
DR. MARY T. COLEMAN, DR. HARRIET       :
H. MEYERS, DR. RAYMOND ADEBIYI,        :
DR. THOMAS C. SHEPHERD                 :
                                       :
                   Defendants.         :
                                       :
---------------------------------------X

TO:   Wayne Philip, Pro Se
      9984 Twin Lakes Drive
      Coral Springs, FL 33071

PLEASE TAKE NOTICE that, on June 16, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants Ross University School of Medicine, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi and Dr. Thomas C. Shepherd ("Defendants") shall move before the Honorable Joel A. Pisano, U.S.D.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); and

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint and the Declaration of Robert M. Travisano, Esq., with annexed exhibits.

FIRM:25134501v1

PLEASE TAKE FURTHER NOTICE that Defendants have also submitted a proposed form of order, and requests oral argument if the Court would consider such argument helpful in resolving the issues presented.

Dated: May 16, 2014

Respectfully submitted,

EPSTEIN, BECKER & GREEN, P.C.
Attorneys for Defendants

By:   /s/
      WILLIAM S. GYVES
      ROBERT M. TRAVISANO

      One Gateway Center, 13th Floor
      Newark, New Jersey 07102
      (973) 642-1900
      Email:  wgyves@ebglaw.com
              rtravisano@ebglaw.com