EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

—————————————————X
WAYNE A. PHILP,

                       Plaintiff,

v.

ROSS UNIVERSITY SCHOOL OF
MEDICINE (RUSM), DR. JORGE C. RIOS,
DR. MARY T. COLEMAN, DR. HARRIET
H. MEYERS, DR. RAYMOND ADEBIYI,
DR. THOMAS C. SHEPHERD

                       Defendants.
—————————————————X

:  Civil Action No.: 14-cv-556-JAP-DEA

**Document Electronically Filed**

**ORDER GRANTING MOTION**
**TO DISMISS PURSUANT**
**TO FED. R. CIV. P. 12(b)(6)**

      **THIS MATTER** having been opened to the Court by Defendants Ross University

School of Medicine, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr.

Raymond Adebiyi and Dr. Thomas C. Shepherd ("Defendants"), by its attorneys Epstein Becker

& Green, P.C. (William S. Gyves, Esq. and Robert M. Travisano, Esq. appearing), on notice to

Plaintiff pro se (Wayne A. Philp appearing), by way of Motion for an Order pursuant to Fed. R.

Civ. P. 12(b)(6), dismissing the Complaint with prejudice; and the Court having considered the

submissions of the parties and having heard argument of counsel, and for good cause shown;

      **IT IS THIS** ____ day of _____, 2014,

FIRM:25234894v1

**ORDERED** that the Complaint of Plaintiff Wayne A. Philp is hereby dismissed, with prejudice.

_____
Hon. Joel A. Pisano, U.S.D.J.

FIRM:25234894v1