EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey  07102
(973) 642-1900
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE A. PHILP, <br><br> Plaintiff, <br><br> v. <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, DR. THOMAS C. SHEPHERD <br><br> Defendants. | Civil Action No.: 14-cv-556-JAP-DEA <br><br> **Document Electronically Filed** <br><br> **CERTIFICATE OF SERVICE** |

   I hereby certify that on this date that I caused the within Notice of Motion to Dismiss, Brief in Support of Motion Dismiss, Declaration of Robert M. Travisano, Esq., and proposed form of Order to be filed via Electronic Case Filing (ECF) with the Clerk of the United States District Court for the District of New Jersey, and to be served upon defendant Behzad Amini via e-mail and Federal Express.

*/s/ Robert M. Travisano*
Robert M. Travisano
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
Telephone:  (973) 642-1900
Facsimile:  (973) 642-0099
Email:  rtravisano@ebglaw.com

DATED:  May 16, 2014

FIRM:25235039v1