EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey  07102
(973) 642-1900
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WAYNE A. PHILP,<br><br>                 Plaintiff,<br><br>v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, DR. THOMAS C. SHEPHERD<br><br>                 Defendants. | Civil Action No.: 14-cv-556-JAP-DEA<br><br>**Document Electronically Filed**<br><br>**AMENDED CERTIFICATE OF SERVICE** |

      I hereby certify that on May 16, 2014 that I caused the Notice of Motion to Dismiss, Brief in Support of Motion Dismiss, Declaration of Robert M. Travisano, Esq., and proposed form of Order to be filed via Electronic Case Filing (ECF) with the Clerk of the United States District Court for the District of New Jersey, and to be served upon plaintiff Wayne A. Philp via e-mail and Federal Express.

                                                  */s/ Robert M. Travisano*
                                                  Robert M. Travisano
                                                  Epstein Becker & Green, P.C.
                                                  One Gateway Center, 13th Floor
                                                  Newark, New Jersey 07102-5311
                                                  Telephone:  (973) 642-1900
                                                  Facsimile:  (973) 642-0099
                                                  Email:  rtravisano@ebglaw.com

DATED:  June 9, 2014