

# EPSTEIN BECKER GREEN

Attorneys at Law

Robert M. Travisano
t 973.639.8289
f 973.642.0099
rtravisano@ebglaw.com

June 13, 2014

**Via ECF and FedEx**

Honorable Joel A. Pisano, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  Philp v. Ross University School of Medicine, et al.
     Civil Action No. 3:14-cv-556-JAP-DEA

Dear Judge Pisano:

We represent the Defendants in the above-reference matter.  Yesterday, Plaintiff filed a letter purportedly in opposition to Defendants' Motion to Dismiss the Complaint, now returnable on June 16, 2014.  This submission, which was due to be filed no later than June 2nd, is significantly late.  Accordingly, it is respectfully submitted that Plaintiff's opposition should be stricken by the Court.  If the Court is not inclined to do so, we respectfully request a one-day period within which to file a reply.

We thank the Court in advance for its consideration.

Respectfully submitted,

Robert M. Travisano

RMT:kb

cc:  Wayne A. Philp (Via Email)