William S. Gyves
Michael A. Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE A. PHILIP., <br><br> Plaintiff, <br><br> v. <br><br> ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, DR. THOMAS C. SHEPHERD, <br><br> Defendants. | CIVIL ACTION NO: 14-CV-556-JAP-DEA <br><br><br><br> **SUBSTITUTION OF ATTORNEY** |

It is hereby stipulated and consented that William S. Gyves of the law firm of Kelley Drye & Warren LLP, (incoming counsel) shall be substituted as attorney for defendants ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, DR. THOMAS C. SHEPHERD in place of James P. Flynn and Robert M. Travisano (outgoing counsel) in the above-captioned matter.

Dated: September 12, 2014

Withdrawing Attorneys:

_____
James P. Flynn

_____
Robert M. Travisano

Superseding Attorney:

KELLEY DRYE & WARREN LLP

_____
William S. Gyves