## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of this SUBSTITUTION OF ATTORNEY was served via ECF on all counsel of record.

Dated: September 12, 2014

/s/ *William S. Gyves*
William S. Gyves

3