William S. Gyves
Michael A. Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE A. PHILIP,<br><br>Plaintiff,<br><br>v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, DR. THOMAS C. SHEPHERD,<br><br>Defendants. | CIVIL ACTION NO: 14-CV-556-JAP-DEA<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Michael A. Innes, of the firm Kelley Drye & Warren LLP, hereby appears in this case as counsel for defendants ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, DR. THOMAS C. SHEPHERD ("Defendants").

September 12, 2014                    KELLEY DRYE & WARREN LLP

                                     By: /s/Michael A. Innes
                                          Michael A. Innes
                                          200 Kimball Drive
                                          Parsippany, New Jersey 07054
                                          (973) 503-5900

                                          *Attorneys for Defendants*

2