NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE A. PHILP, | |
| Plaintiff, | Civil Action No. 14-cv-556 (JAP) |
| v. | **ORDER** |
| ROSS UNIVERSITY SCHOOL OF MEDICINE (RUSM), DR. JORGE C. RIOS, DR. MARY T. COLEMAN, DR. HARRIET H. MEYERS, DR. RAYMOND ADEBIYI, and DR. THOMAS C. SHEPHERD, | |
| Defendants. | |

PISANO, District Judge

Presently before the Court are Defendants, Ross University School of Medicine ("Ross") and its current and former employees, Dr. Jorge C. Rios, Dr. Mary T. Coleman, Dr. Harriet H. Meyers, Dr. Raymond Adebiyi, and Dr. Thomas C. Shepherd (collectively, the "Defendants") motion to dismiss Plaintiff, Wayne A. Philp's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [docket #16]. Plaintiff opposes this motion [docket #19]. The Court having considered the papers and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 10th day of December, 2014,

**ORDERED** that Defendants' motion to dismiss [docket #16] is GRANTED; and it is further

**ORDERED** that Plaintiff's Complaint is DISMISSED, with prejudice; and it is further

**ORDERED** that the Clerk of this Court shall close this case.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge